BEST COPY AVAILABLE
AT TIME OF FILMING

**APPLICATION**  NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
99 WASHINGTON AVENUE, ALBANY, NEW YORK 12255

OFFICIAL USE ONLY
Use Ball Point Pen
Press Hard

PART A—TO BE COMPLETED BY STUDENT   IMPORTANT: READ INSTRUCTIONS CAREFULLY BEFORE COMPLETING   PRINT CAREFULLY

1. Social Security Number: 067 56 9723
2. LAST NAME: PAPPALARDO  FIRST: Cheryl  MI: M
3. Birthday: 05 07 67
4. Permanent Home Address: 2021 Rexford
   City: FULTON  State: NY  Zip: 13069
5. Area Code Phone Number: 315 593 8432

SEP 24 1986 / 5504

6. U.S. Citizenship Status: 1 Citizen
7. Have you been a legal resident of NYS for 12 months immediately prior to the beginning of the academic period of this loan? 1 YES  2 NO X
8. Do you currently have a student loan guaranteed by New York State? 1 YES  2 NO X
9. EXTENDED ENROLLMENT STATUS: Full time X  Half time

10. LENDER NAME & ADDRESS: Marine Midland Bank N.A. 1st S, Fulton, NY 13069  80393
11. Have you received a Guaranteed Student Loan or an ALAS Loan from another State or Agency? 1 YES  2 NO X
12. NAME OF SCHOOL AND DIVISION: Bryant and Stratton Syracuse
13. ANTICIPATED DATE OF PROGRAM COMPLETION: Month 03 Year 87
14. YEAR IN SCHOOL: Undergraduate X 1
15. WHILE IN SCHOOL WILL LIVE: Off Campus X
16. ARE YOU APPLYING FOR: GSL  $9,093,50
17. Period Covered by this loan: 5 mo/yr From 01 86 to 05 87
18. REQUESTED LOAN AMOUNT: $2,500.00

19. REFERENCES:
Nearest Living Adult Relative:
Name (A): Leo Pappalardo  Address: RD 2 Box 6660  City: FULTON  State: NY  Phone No: 315 593-8432  Employer: Kaman Bearing  Phone No: 437-2771  Relationship to Applicant: Father

Nearest Living Adult Relative Not Residing at Address indicated in Item 18A:
Name (B): Richard Kemmis  Address: 86 Ridge Road  City: FULTON  State: NY  Phone No: 315 592-4486  Employer: FULTON Board of Education  Phone No: 592-9442  Relationship to Applicant: Uncle/Godfather

**Promissory Note for a Student Loan Guaranteed by NYSHESC**

20. Requested Loan Amount: Twenty-Five hundred DOLLARS $2,500.00

Student Borrower Signature: Cheryl M Pappalardo  Date: 2839

PART B—TO BE COMPLETED BY SCHOOL
23. NYSHESC SCHOOL CODE: 2340800
24. NAME OF SCHOOL: BRYANT & STRATTON BUSINESS INSTITUTE
25. ADDRESS: 200 MONTGOMERY STREET, SYRACUSE, N.Y. 13202-2872  (315) 472-6603
26. CLASS YEAR: Fr X
30. Estimated Cost of Attendance for Loan Period: 7946
31. Estimated Financial Aid for Loan Period: 6
32. Adjusted Gross Income: 27473
33. Expected Family Contribution: 2180
34. Enrollment: Full-time X
37. PRINT OR TYPE NAME AND TITLE: Diane C Dixon FinAidDir
38. DATE: 7 18 86

PART C—TO BE COMPLETED BY LENDER
40. AMOUNT LENDER APPROVED: 2500.
41. LENDER NAME, ADDRESS AND TELEPHONE NUMBER: MARINE MIDLAND BANK, N.A. BUFFALO, NY 14240  716-841-5555
Date: JUL 31 1986

LENDER COPY (ORIGINAL)

BEST COPY AVAILABLE
AT TIME OF FILMING

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-06180

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV - GOLD

## I. (a) PLAINTIFFS

UNITED STATES of AMERICA

## DEFENDANTS

CHERYL M. PAPPALARDO SIMONTON

MAGISTRATE JUDGE

BROWARD

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

B: Broward 0:00CV6180 [ASG] [AMS]

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS E. SCOTT, U.S. ATTORNEY (305) 961-9371
99 NE 4TH STREET, SUITE 300
MIAMI, FL 33132-2111

ATTORNEYS (IF KNOWN)

FEB 2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury – Med. Malpractice | ☐ 630 Liquor Laws | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 365 Personal Injury – Product Liability | ☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395ff | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY THE PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN. 34 CFR 682.100(4) (d)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 5,063.62
+ interest & costs

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____  DOCKET NUMBER _____

DATE 1/31/00

SIGNATURE OF ATTORNEY OF RECORD

MARY F. DOOLEY, AUSA

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____