*AO 88 (Rev. 11/91) Summons in a Civil Action*

**NIGHT BOX FILED**

FEB 2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

v.

CHERYL M. PAPPALARDO

Case Number: **00-06180 CIV - GOLD**

MAGISTRATE JUDGE SIMONTON

TO: *(Name and Address of Defendant)*

CHERYL M. PAPPALARDO
3907 N. FEDERAL
HWY. 126
POMPANO, FL 33064

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 DATE

*[signature]*
BY DEPUTY CLERK