UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

0180CV- GOLD

CASE No. 00-03098-CIV-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

CHERYL M. PAPPALARDO
                    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned

attorney, and dismisses this cause without prejudice as to the defendant **CHERYL M.**

**PAPPALARDO,**   pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:   MARY F. DOOLEY
      ASSISTANT U.S. ATTORNEY
      99 N.E. 4TH STREET, Suite 300
      Miami, FL 33132
      Tel No. (305) 961-9377
      Fax No. (305) 530-7195
      Florida Bar No.  112933

DATED 4/21/00

APR 2 8 2000

Rec'd in MIA Dkt _____