FILED by ___ D.C

MAY 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO: 00-6180-CIV-GOLD/SIMONTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHERYL M. PAPPALARDO,

Defendant.

_____/

**CLOSED**
**CIVIL**
**CASE**

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon the United States' Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to dismiss this case without prejudice. The court having reviewed the record, and being fully appraised in the premises, it is

**ORDERED AND ADJUDGED** that this case is dismissed without prejudice. It is further

**ORDERED AND ADJUDGED** that all pending motions are DENIED AS MOOT and that this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _1_ day of May, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE



copies furnished:

U.S. Magistrate Judge Andrea M. Simonton

Mary F. Dooley, AUSA