# RETURN OF SERVICE

Case No: 00-6180 CIV-GOLD

| TO BE SERVED | COURT |
|---|---|
| CHERYL M. PAPPALARDO<br>3907 N. FEDERAL HIGHWAY, #126 POMPANO, FLORIDA | IN THE SUPREME COURT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>CHERYL M. PAPPALARDO | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:     Court Time:<br>Witness Fee:  $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 03/08/00 at 12:41 PM and it was not served.

    CHERYL M. PAPPALARDO
    4260 N.W. 3 AVENUE
    POMPANO BEACH, FLORIDA

**NO SERVICE:** ()
For the reason that diligent search and inquiry failed to find said CHERYL M. PAPPALARDO in DADE COUNTY, FLORIDA

**OTHER RETURNS:**

4260 N.W. 3 AVENUE
POMPANO BEACH, FLORIDA

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

The foregoing instrument was acknowledged before me this 30 day of May, 2000 BY BARRY E. ROSS, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY  Fla Notary Service & Bonding Co

PROCESS SERVER: BARRY E. ROSS (58)
CAPLAN, CAPLAN AND KAYE (305) 374-3426

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number: 00-06180 CIV - GOLD

MAGISTRATE JUDGE SIMONTON

CHERYL M. PAPPALARDO

TO: (Name and Address of Defendant)

CHERYL M. PAPPALARDO
3907 N. FEDERAL HWY #124

HWY. 126
POMPANO, FL 33064

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

(2x) 4260 NW 3 AVE
Pompano

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 DATE

Martha Diaz
BY DEPUTY CLERK

75776